FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2014 SEP 10 AM 9 19

STEPHAN HARRIS, CLERK
CASPER

# UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

Juan Paul Flores

V.

George Mening

Case Number: 14CV 184-S

## NOTIFICATION OF COMPLEXITY OF CIVIL CASE

Pursuant to U.S.D.C.L.R. 16.4, the __Plaintiff__
(identify party)

hereby notifies the Court and the opposing party(s) that the above named civil case is:

☑ Non-Complex

☐ Complex

Dated this _____ day of September, 2014.

_Signature_
John H. Robinson           6-2828
Print Name                 Bar Number
214 S. Grant
Address
Casper                     WY    82601
City                       State  Zip Code
307-235-3575               307-577-9435
Phone Number               Fax Number