# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

Paul Juan Flores

           V.

George Menig

Case Number: 14-CV-184S

## PRAECIPE

TO THE CLERK OF THIS SAID COURT:

Please issue a **Summons**

in the above-entitled cause for:

**Service of Complaint on Defendant**

_____
Attorney for Plaintiff.

9/10/2014
Date