Peter K. Michael
Attorney General

John D. Rossetti
Deputy Attorney General

Misha E. Westby, [Wyo. State Bar No. 6-2826]
Senior Assistant Attorney General
2424 Pioneer Avenue, 2nd Floor
Cheyenne, Wyoming 82002
(307) 777-5996
(307) 777-8920 Facsimile
misha.westby@wyo.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JUAN PAUL FLORES, )<br>)<br>Plaintiff, )<br>) Civil Case No. 14-CV-184-S<br>vs. )<br>)<br>GEORGE MENIG, )<br>)<br>Defendant. ) | |

## ENTRY OF APPEARANCE

**COMES NOW**, the undersigned counsel, and hereby enters her appearance as counsel of record for the defendant George Menig, in the above-captioned matter.

**DATED** this 14th day of October, 2014.

/s/ Misha E. Westby
Misha E. Westby
Senior Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed using the CM/ECF system on the 14th day of October, 2014, and a copy was sent via email to the following:

John H. Robinson, WSB # 6-2828
JAMIESON & ROBINSON, LLC
185 W. Broadway, Ste. 101
P.O. Box 4285
Jackson, Wyoming  83001
robinsn@vcn.com
Attorney for Plaintiff

/s/ MaryBeth Jones
Office of the Wyoming Attorney General