

**FILED**
*4:22 pm, 11/18/14*
**Stephan Harris**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

JUAN PAUL FLORES

                     Plaintiff,

vs.

GEORGE MENIG

                     Defendant.

Case Number: 14-CV-184-S

Interpreter Needed: No

Type of Case:

## CIVIL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| Place: | Before: |
|---|---|
| Joseph C. O'Mahoney Federal Center<br>2120 Capitol Avenue<br>Cheyenne, WY 82001-3657<br>Judge Rankin Chamber's | Kelly H. Rankin, Chief United States Magistrate Judge |
| | Date and Time: |
| | December 18, 2014 at 8:30 a.m. |

Type of Proceeding:

## INITIAL PRETRIAL CONFERENCE

All parties to appear by telephone, with Plaintiff's counsel initiating the call, through a conference call operator, and connecting to the Court at 307/433-2180. Parties are advised to have their calendars on hand to assist with scheduling.

                                                        Stephan Harris
                                                        Clerk of Court

Dated this 18th day of November, 2014.

                                                         Zachary Fisher
                                                        Deputy Clerk

TO:

Counsel of Record

Court Reporter