FILED

*8:56 am, 12/18/14*

**Stephan Harris**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JUAN PAUL FLORES<br><br>                                    Plaintiff,<br><br>vs.<br><br>GEORGE MENIG<br><br>                                    Defendant. | Case Number: 14-CV-184-S<br><br>Interpreter Needed: No |

Type of Case:

## CIVIL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| Place: | Before: |
|---|---|
| Joseph C. O'Mahoney Federal Center<br>2120 Capitol Avenue<br>Cheyenne, WY 82001-3657<br>Judge Rankin Chamber's | Kelly H. Rankin, Chief United States Magistrate Judge |
| | Date and Time: |
| | January 8, 2015 at 8:30 a.m. |

Type of Proceeding:

### INITIAL PRETRIAL CONFERENCE

All parties to appear by telephone, with Plaintiff's counsel initiating the call, through a conference call operator, and connecting to the Court at 307/433-2180. Parties are advised to have their calendars on hand to assist with scheduling.

|  |  |
|---|---|
|  | Stephan Harris |
|  | Clerk of Court |
| Dated this 18th day of December, 2014. | Zachary Reid |
|  | Deputy Clerk |

TO:

Counsel of Record

Court Reporter