Peter K. Michael
Attorney General

John D. Rossetti
Deputy Attorney General

Misha E. Westby, [Wyo. State Bar No. 6-2826]
Senior Assistant Attorney General
2424 Pioneer Avenue, 2nd Floor
Cheyenne, Wyoming 82002
(307) 777-5996
(307) 777-8920 Facsimile
misha.westby@wyo.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JUAN PAUL FLORES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No. 14-CV-184-S |
| vs. ) | |
| ) | |
| GEORGE MENIG, ) | |
| ) | |
| Defendant. ) | |

## COUNSEL'S MOTION TO WITHDRAW

**COMES NOW**, undersigned counsel, Misha Westby, and hereby moves the Court, pursuant to U.S.D.C.L.R. 82.12.3(b)(2), for permission to withdraw as counsel of record for Defendant George Menig.  Effective April 1, 2015, the undersigned counsel will no longer be with the Tort Litigation Division of the

Wyoming Attorney General's Office and for that reason can no longer represent the above named Defendants. Theodore R. Racines, Senior Assistant Attorney General and Patricia L. Bach, Senior Assistant Attorney General will enter their appearance and represent this Defendant.

**WHEREFORE**, counsel requests the Court to issue an Order allowing her to withdraw as counsel of record.

**DATED** this 26th day of March, 2015.

/s/ Misha Westby
Misha Westby
Senior Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed using the CM/ECF system on the 26th day of March, 2015, and a copy was sent to the following individuals:

John H. Robinson, WSB # 6-2828      [✔] CM/ECF
JAMIESON & ROBINSON, LLC
185 W. Broadway, Ste. 101
P.O. Box 4285
Jackson, Wyoming  83001
robinsn@vcn.com

/s/ MaryBeth Jones
Office of the Wyoming Attorney General