# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JUAN PAUL FLORES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No. 14-CV-184-S |
| vs. ) | |
| ) | |
| GEORGE MENIG, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW

**THIS MATTER** having come before the Court on Counsel's Motion to Withdraw, and the Court finding good cause exists to grant said Motion, it is hereby;

**ORDERED** that Counsel's Motion to Withdraw is hereby, granted.

**DATED** this _____ day of _____, 2015.

_____
UNITED STATES MAGISTRATE JUDGE