Peter K. Michael
Attorney General

John D. Rossetti
Deputy Attorney General

Theodore R. Racines [Wyo. Bar No. 6-3603]
Senior Assistant Attorney General
2424 Pioneer Avenue, 2nd Floor
Cheyenne, WY 82002
(307) 777-5996
(307) 777-8920 Facsimile
torey.racines@wyo.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JUAN PAUL FLORES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No. 14-CV-184-S |
| vs. ) | |
| ) | |
| GEORGE MENIG, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

**COMES NOW**, the undersigned counsel, and hereby enters his appearance as counsel of record for Defendant George Menig.

**DATED** this 26th day of March, 2015.

/s/ Theodore R. Racines
Theodore R. Racines
Senior Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed using the CM/ECF system on the 26th day of March, 2015, and a copy was sent to the following individuals:

John H. Robinson, WSB # 6-2828           [✔] CM/ECF
JAMIESON & ROBINSON, LLC
185 W. Broadway, Ste. 101
P.O. Box 4285
Jackson, Wyoming  83001
robinsn@vcn.com

/s/ MaryBeth Jones
Office of the Wyoming Attorney General