Peter K. Michael
Attorney General

John D. Rossetti
Deputy Attorney General

Patricia L. Bach, [Wyo. State Bar No. 6-4116]
Senior Assistant Attorney General
2424 Pioneer Avenue, 2nd Floor
Cheyenne, WY 82002
(307) 777-5996
(307) 777-8920 Facsimile
tricia.bach@wyo.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JUAN PAUL FLORES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No. 14-CV-184-S |
| vs. ) | |
| ) | |
| GEORGE MENIG, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

**COMES NOW**, the undersigned counsel, and hereby enters her appearance as counsel of record for Defendant George Menig.

**DATED** this 26th day of March, 2015.

/s/ Patricia L. Bach
Patricia L. Bach
Senior Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed using the CM/ECF system on the 26th day of March, 2015, and a copy was sent to the following individuals:

| | |
|---|---|
| John H. Robinson, WSB # 6-2828<br>JAMIESON & ROBINSON, LLC<br>185 W. Broadway, Ste. 101<br>P.O. Box 4285<br>Jackson, Wyoming  83001<br>robinsn@vcn.com | [✔] CM/ECF |

/s/ MaryBeth Jones
Office of the Wyoming Attorney General
