# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

JUAN PAUL FLORES,

    Plaintiff,

vs.

GEORGE MENIG,

    Defendant.

Civil No. 14-CV-184-S

**ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW**

This matter having come before the Court on Counsel's Motion to Withdraw, and the Court finding good cause exists to grant said Motion pursuant to Local Rule 84.3(b).

NOW, THEREFORE, IT IS ORDERED Counsel's Motion to Withdraw is hereby GRANTED.

Dated this 27th day of March, 2015.

KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE