FILED
4:05 pm, 4/20/15
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JUAN PAUL FLORES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Case No. 14-CV-184-S |
| vs. | ) |
| | ) |
| GEORGE MENIG, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING
## STIPULATED MOTION TO EXTEND EXPERT WITNESS DESIGNATIONS

**THIS MATTER**, having come before the Court upon the parties' stipulated motion to extend the parties' expert witness designations deadlines, and the Court having considered the motion and the reasons therein stated, finds good cause for said motion and **GRANTS** the *Stipulated Motion To Extend Expert Witness Designations*.

**IT IS THEREFORE ORDERED** that all expert designations deadlines are extended as follows:

- **Plaintiff's Expert Witness Designation deadline to be moved from April 27, 2014 to June 26, 2015.**
- **Defendants' Expert Witness Designation deadline to be moved from May 27, 2015 to July 26, 2015.**

**SO ORDERED**, this _20_ day __April__ 2015.

_____
Kelly H. Rankin
U.S. Magistrate Judge