John H. Robinson, WSB # 6-2828
JAMIESON & ROBINSON, LLC
185 W. Broadway, Ste. 101
P.O. Box 4285
Jackson, Wyoming  83001
307.733.7703
307.577.9435 FAX
robinsn@vcn.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JUAN PAUL FLORES, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Case No. 14-CV-184-S |
| GEORGE MENIG, | ) |
| Defendant. | ) |

## STIPULATED MOTION FOR PROTECTIVE ORDER

**COMES NOW,** the parties by and through their undersigned counsel, and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, respectfully move this Court or an Order protecting certain documents from general disclosure.

In support of its motion, counsel inform the Court as follows:

1. The Plaintiff has served a subpoena upon the Cody Police Department and the Park County Sheriffs' Office, requesting various document, including Defendant's personnel files.

2. The parties agree that the stipulated protective order, a copy attached hereto, is appropriate.

WHEREFORE, the parties respectfully request that this Court enter a Protective Order, I the proposed form for the protection of the documents in the above-entitled matter.

DATED this 15th day of May 2015.

/*ss*/   John H. Robinson
_____
John H. Robinson
Jamieson & Robinson, LLC


/*ss*/   Theodore T. Racines
_____
Theodore T. Racines
WY Attorney General's Office