# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JUAN PAUL FLORES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No. 14-CV-184-S |
| vs. ) | |
| ) | |
| GEORGE MENIG, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING
## STIPULATED MOTION TO VACATE PRETRIAL, TRIAL AND CASE DEADLINES AND REQUEST A NEW SCHEDULING CONFERENCE

**THIS MATTER**, having come before the Court upon the parties' stipulated motion to vacate the pretrial, the trial and all case deadlines, and the Court having considered the motion and the reasons therein stated, finds good cause for said motion and **GRANTS** the *Stipulated Motion To Vacate Pretrial, Trial and Case Deadlines and Request a new Scheduling Conference*.

**IT IS THEREFORE ORDERED** that the pretrial, trial and case deadlines be vacating a new Scheduling Conference will be set.

**SO ORDERED**, this _____ day _____ 2015.

_____
United States District Court Judge