

**FILED**
**Stephan Harris**
**Clerk of Court**

10:17 am, 6/29/15

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JUAN PAUL FLORES | |
| Plaintiff, | |
| vs. | Case Number: 14-CV-184-S |
| GEORGE MENIG | Interpreter Needed: No |
| Defendant. | |

Type of Case:

### CIVIL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| Place: | Before: |
|---|---|
| Joseph C. O'Mahoney Federal Center<br>2120 Capitol Avenue<br>Cheyenne, WY 82001-3657<br>Judge Rankin's Chambers | Kelly H. Rankin, Chief United States Magistrate Judge |
| | Date and Time: |
| | July 2, 2015 at 11:30 a.m. |

Type of Proceeding:

### STATUS CONFERENCE

All parties may appear by telephone, with Plaintiff's counsel initiating the call, through a conference call operator, and connecting to the Court at 307/433-2180. Parties are advised to have their calendars on hand to assist with scheduling.

Stephan Harris
Clerk of Court

Dated this 29th day of June, 2015.

Zachary Reid
Deputy Clerk

TO:

Counsel of Record

Court Reporter

WY35

Rev. 3/24/2015