# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

Juan Paul Flores

                              Plaintiff,

vs.                                          Case Number: 1:14-cv-0184-SWS

George Menig                                 Interpreter Needed: No

                              Defendant.

Type of Case:

## CIVIL

**TAKE NOTICE that a proceeding in this case has been RESET for the place, date, and time set forth below:**

| Place: | Before: | |
|---|---|---|
| Ewing T. Kerr Federal Building 111 South Wolcott St. Casper, WY 82601-2534 | Scott W. Skavdahl, United States District Judge | |
| | Date and Time PREVIOUSLY SCHEDULED: | CONTINUED TO, Date and Time: |
| | February 2, 2016 | February 3, 2016 at 8:15 am |

Type of Proceeding:

Dispositive Motion Hearing

Stephan Harris

Clerk of Court

Dated this 7th day of July, 2015.

Darci Smith

Deputy Clerk

TO:

Counsel of Record

Court Reporter