Peter K. Michael
Attorney General

John D. Rossetti
Deputy Attorney General

Patricia L. Bach [Wyo. State Bar No. 6-4116]
Senior Assistant Attorney General
2424 Pioneer Avenue, 2nd Floor
Cheyenne, Wyoming 82002
(307) 777-5547
(307) 777-8920 Facsimile
tricia.bach@wyo.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JUAN PAUL FLORES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GEORGE MENIG, )<br>)<br>Defendant. ) | Civil Case No. 14-CV-184-S |

## COUNSEL'S MOTION TO WITHDRAW

**COMES NOW**, undersigned counsel, Patricia L. Bach, and hereby moves the Court, pursuant to U.S.D.C.L.R. 84.3(b), for permission to withdraw as counsel of record for George Menig. As of August 14, 2015, the undersigned counsel no longer works with the Tort Litigation Division of the Wyoming Attorney General's Office

and for that reason can no longer represent the above named Defendant. Theodore R. Racines, Senior Assistant Attorney General will represent Defendant Menig.

**WHEREFORE**, counsel requests the Court to issue an Order allowing her to withdraw as counsel of record.

**DATED** this 13th day of August, 2015.

        /s/ Patricia L. Bach
        Patricia L. Bach
        Senior Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served this 13th day of August, 2015, by the following means:

John H. Robinson, WSB # 6-2828    [✔] CM/ECF
JAMIESON & ROBINSON, LLC
185 W. Broadway, Ste. 101
P.O. Box 4285
Jackson, Wyoming 83001
robinsn@vcn.com

        /s/ MaryBeth Jones
        Office of the Wyoming Attorney General