

FILED
1:26 pm, 8/14/15
U.S. Magistrate Judge

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JUAN PAUL FLORES, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Case No. 14-CV-184-S |
| GEORGE MENIG, | ) |
| Defendant. | ) |

### ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW

**THIS MATTER** having come before the Court on Counsel's Motion to Withdraw, and the Court finding good cause exists to grant said Motion, it is hereby;

**ORDERED** that Counsel's Motion to Withdraw is hereby, granted.

**DATED** this  14   day of        August                , 2015.

_____
UNITED STATES MAGISTRATE JUDGE