Peter K. Michael
Attorney General

John D. Rossetti
Deputy Attorney General

Theodore R. Racines [Wyo. Bar No. 6-3603]
Senior Assistant Attorney General
2424 Pioneer Avenue, 2nd Floor
Cheyenne, WY 82002
(307) 777-5996
(307) 777-8920 Facsimile
torey.racines@wyo.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JUAN PAUL FLORES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No. 14-CV-184-S |
| vs. ) | |
| ) | |
| GEORGE MENIG, ) | |
| ) | |
| Defendant. ) | |

### STIPULATED MOTION FOR EXTENSION OF TIME TO DESIGNATE EXPERT WITNESS

**COMES NOW**, Defendant George Menig, by and through his counsel, Theodore R. Racines, and hereby move this Court for an extension of time in which to file his expert witness designation. In support thereof, Defendant Menig submits the following:

1. On July 6, 2015, the Amended Order on Initial Pretrial Conference (Doc. 22) was entered.

2. The Plaintiff designated his expert on September 21, 2015.

3. Defendant Menig's designation is due October 21, 2015.

4. Counsel for Menig requires additional time in which to properly designate Menig's expert.

5. Additionally, counsel for Defendant Menig is scheduled to be in trial in the United States District Court, Wyoming on November 2, 2015 through November 10, 2015

6. Counsel for Menig has conferred by email with Plaintiff's counsel, John Robinson, who indicated his agreement with the requested extension of time for Defendant to designate experts. Parenthetically, Attorney Robinson is scheduled to be in trial in Wyoming State District Court October 26, 2015 through November 6, 2015.

7. Counsel requests a new designation date of November 11, 2015.

8. Counsel concur that the requested extension should not interfere with the parties' ability to litigate the case within the other deadlines set by the Court.

**WHEREFORE,** Defendant Menig moves this Court to grant the extension of time until November 11, 2015 to designate his expert.

**DATED** this 20th day of October, 2015.

/s/ Theodore R. Racines
Theodore R. Racines
Senior Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed using the CM/ECF system on the 20th day of October, 2015, and a copy was sent to the following individual:

John H. Robinson, WSB # 6-2828         [✔] CM/ECF
JAMIESON & ROBINSON, LLC
185 W. Broadway, Ste. 101
P.O. Box 4285
Jackson, Wyoming  83001
robinsn@vcn.com

/s/ MaryBeth Jones
Office of the Wyoming Attorney General