

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JUAN PAUL FLORES, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Case No. 14-CV-184-S |
| GEORGE MENIG, | ) |
| Defendant. | ) |

### ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO DESIGNATE DEFENDANT'S EXPERT WITNESS

This matter having come before the Court upon Defendant Menig's Stipulated Motion for Extension of Time to Designate Expert Witness (Doc. #28), and the Court being fully advised in the premises, finds that the Stipulated Motion for Extension of Time to Designate Expert Witness is GRANTED.

IT IS THEREFORE ORDERED that Defendant Menig shall have up to and including November 11, 2015 to file his expert designation.

**DATED** this 21st day of October, 2015.

_____
KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE