# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| JUAN PAUL FLORES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Case No. 14-CV-184-S |
| vs. | ) | |
| | ) | |
| GEORGE MENIG, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER SETTING A HEARING ON MOTION FOR SANCTIONS

This matter having come before the Court upon Defendant George Menig, and the City of Cody, Wyoming a municipal corporation's Motion for Sactions for Violation of Stipulated Protective Order (Doc. # \_\_\_), and the Court being fully advised in the premises, the Court finding good cause therefore;

IT IS ORDERED that a hearing on the Motion will be set for _____.

**DATED** this _____ day of October, 2015.

_____
KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE