John H. Robinson, WSB # 6-2828
JAMIESON & ROBINSON, LLC
214 South Grant Street
Casper, Wyoming  82601
307.235.3575
307.577.9435 FAX
robinsn@vcn.com

*Counsel for Plaintiff Flores*

Theodore R. Racines
Wyoming Attorney General's Office
123 Capitol Building
Cheyenne, WY 82002
Telephone:  307.777-7862
Fax:  307.777-8920
torey.racines@wyo.gov

*Counsel for Defendant Menig*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| JUAN PAUL FLORES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Case No. 14-CV-184-S |
| vs. | ) | |
| | ) | |
| GEORGE MENIG, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED MOTION FOR ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SANCTIONS

The parties hereto, by and through their respective undersigned counsel of record, hereby jointly stipulate and move the Court for an Order extending the time for Plaintiff to Respond to Defendant's *Motion for Sanctions for Violation for Stipulated Protective Order* [Doc. 30], for the reasons stated herein.

On October 21, 2015, counsel for the Defendant, Theodore R. Racines, notified counsel for Plaintiff, John H. Robinson, that a Motion for Sanctions would be filed against him for violating a Stipulated Protective Order [Doc. 19].  Mr. Robinson explained to Mr. Racines he would be out of town from October 24, 2015 until November 7, 2015, as he had a two (2) week trial in Albany County, Wyoming, and asked Mr. Racines if he would consider holding off on the filing of said Motion until after the trial to allow him time to formulate a response.

The Defendant's *Motion for Sanctions for Violation for Stipulated Protective Order* [Doc. 30] was filed on October 28, 2015 at 3:08 p.m.  The parties have conferred, and Defense counsel, through John D. Rosetti, Esq., has no objection, to an order extending the time for Mr. Robinson to respond to Defendant's Motion until November 23, 2015.

WHEREFORE, the parties jointly request that the Court for an Order extending the time for Plaintiff to respond to Defendant's Motion for Sanctions, for the reasons stated above, and allow the Plaintiff up to and including November 23, 2015 to respond to said Motion.

RESPECTFULLY SUBMITTED this ____ day of October 2015.

By:      _____/SS/_____
         John H. Robinson, WSB # 6-2828
         JAMIESON & ROBINSON, LLC
         185 W. Broadway
         P. O. Box 4285
         Jackson, Wyoming  83001
         307.733-7703
         Fax:  307.577.9435
         *robinsn@vcn.com*


By:      _____/SS/_____
         Theodore R. Racines
         Wyoming Attorney General's Office
         123 Capitol Building
         Cheyenne, WY 82002
         Telephone:  307.777-7862
         Fax:  307.777.8920
         *torey.racines@wyo.gov*