## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JUAN PAUL FLORES, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Case No. 14-CV-184-S |
| GEORGE MENIG, | ) |
| Defendant. | ) |

## ORDER GRANTING STIPULATED MOTION FOR ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SANCTIONS

**THIS MATTER**, having come before the Court upon the parties' stipulated motion to extend the time for Plaintiff to respond to Defendant's Motion for Sanctions, and the Court having considered the motion and the reasons therein stated, finds good cause for said motion and **GRANTS** the *Stipulated Motion For Order Extending Time for Plaintiff to Respond to Defendant's Motion for Sanctions*.

**IT IS THEREFORE ORDERED** that the Plaintiff will have up to and including November 23, 2015 to respond to said Motion.

**SO ORDERED**, this _____ day _____ 2015.

_____
United States District Court Judge