John H. Robinson, WSB # 6-2828
JAMIESON & ROBINSON, LLC
214 South Grant Street
Casper, Wyoming  82601
307.235.3575
307.577.9435 FAX
robinsn@vcn.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| JUAN PAUL FLORES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Case No. 14-CV-184-S |
| vs. | ) | |
| | ) | |
| GEORGE MENIG, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

COMES NOW Terry W. Mackey, Esq, WSB# 4-1149, of Terry W. Mackey, P.C., 706 Ridgeland St., Cheyenne, Wyoming, 82009, and hereby enters his entry of appearance herein on behalf of the Plaintiff, Juan Paul Flores, Civil Case No. 14-CV-184-S.

**DATED** this 30th day of October 2015.

JUAN PAUL FLORES, Plaintiff

_____/SS/_____
TERRY W. MACKEY   WSB # 4-1149
TERRY W. MACKEY, P. C.
706 Ridgeland St.
Cheyenne, Wyoming, 82009
(307) 635-7517
terry.mackey@twmpclaw.com