John H. Robinson, WSB # 6-2828
JAMIESON & ROBINSON, LLC
214 South Grant Street
Casper, Wyoming 82601
307.235.3575
307.577.9435 FAX
robinsn@vcn.com
Attorney for Plaintiff

```
                          FILED
                    U.S. DISTRICT COURT
                    DISTRICT OF WYOMING

                    2015 NOV 2 PM 1 41

                    STEPHAN HARRIS, CLERK
                            CHEYENNE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JUAN PAUL FLORES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No. 14-CV-184-S |
| vs. ) | |
| ) | |
| GEORGE MENIG, ) | |
| ) | |
| Defendant. ) | |

### ENTRY OF APPEARANCE

COMES NOW Terry W. Mackey, Esq, WSB# 4-1149, of Terry W. Mackey, P.C., 706 Ridgeland St., Cheyenne, Wyoming, 82009, and hereby enters his entry of appearance herein on behalf of the Plaintiff, Juan Paul Flores, Civil Case No. 14-CV-184-S.

DATED this 30th day of October 2015.

                                                JUAN PAUL FLORES, Plaintiff

                                                /ss/. Mackey

                                                TERRY W. MACKEY   WSB # 4-1149
                                                TERRY W. MACKEY, P. C.
                                                706 Ridgeland St.
                                                Cheyenne, Wyoming, 82009
                                                (307) 635-7517
                                                *terry.mackey@twmpclaw.com*