

# K. THOR EELLS

705 South Nevada Avenue
Colorado Springs, Colorado 80903
Phone: (719) 444-7254

---

## EXPERIENCE:

## COLORADO SPRINGS POLICE DEPARTMENT

### March 2015 – Present                Commander, Patrol-Falcon

Assigned as the Patrol Bureau, Falcon Division Commander. Responsible for delivering basic police services to the northern community of Colorado Springs to include patrol, traffic enforcement and property crime investigations. Managed and participated in the development and administration of the division budget. Monitored and evaluated the efficiency and effectiveness of the police services. Member of the department's senior command staff involved in planning, coordinating and reviewing projects, methods and procedures impacting police services.

### July 2014 – March 2015                Commander, Professional Standards

Assigned as commander for the Office of Professional Standards Division. Responsible for Planning/Research and Grants Unit; Public Information Office; Community Relations Unit; Commission on Accreditation for Law Enforcement (CALEA); Internal Affairs; and the Training Academy. Oversee the department's Critical Incident Review process as necessary. Manage the review, creation and implementation of departmental General Orders and Standard Operating Procedures.

### March 2011 – July 2014                Commander, Metro-VNI

Assigned as commander for the multi-jurisdictional Metro Vice, Narcotics, and Intelligence Division. Responsible for overseeing the enforcement of laws pertaining to vice, liquor, and narcotics in El Paso and Teller Counties. Oversee federal task force officers assigned to the F.B.I., D.E.A., and A.T.F., ensuring that cooperative and successful relationships are maintained and enhanced. Responsible for the Strategic Information Center, ensuring that crime analysis and intelligence led policing practices are implemented and followed, thereby promoting the department's ability to effectively meet its strategic goals.

### August 2008 – March 2011                Commander, Patrol-Falcon

Assigned as the Patrol Bureau, Falcon Division Commander. Responsible for delivering basic police services to the northern community of Colorado Springs to include patrol, traffic enforcement and property crime investigations. Managed and participated in the

development and administration of the division budget. Monitored and evaluated the efficiency and effectiveness of the police services. Member of the department's senior command staff involved in planning, coordinating and reviewing projects, methods and procedures impacting police services.

**August 2007 - August 2008        Commander, S.E.D.**

Assigned as Commander of the Specialized Enforcement Division. Responsible for the department's highly specialized units, to include S.W.A.T., K-9, EOD, Air Support Unit, Traffic Enforcement, Special Events, Code Enforcement and Airport Police Unit. Managed and participated in the development and administration of the division budget. Responded to and assumed command of various critical incidents ensuring proper police response and tactics. Member of the department's senior command staff involved in planning, coordinating and reviewing projects, methods and procedures impacting police services.

**March 2005 - August 2007        Lieutenant, S.E.D. - Tactical Operations**

Assigned as department's Commander of Tactical Operations Section.  Section included S.W.A.T., Canines, Explosives Ordinance Disposal, and the Air Support Unit. Responsible for overseeing critical incidents to include hostage taking, barricaded gunmen, high-risk warrant service, civil disturbances, bomb threats, and other major incidents that may occur. Functioned as department's representative for WMD and terrorist response with regard to coordination and planning with other local, county, state and federal agencies. Acted as department's Less Lethal Coordinator. One of two primary instructors for the department's Ethical Based Leadership training program. Primary instructor in Tactical Decision Making for department's Training Academy.

**April 2004 - March 2005        Lieutenant, Patrol - Falcon**

Assigned to Patrol Bureau, Falcon Division. Served as Watch Commander overseeing first line supervisors and all police services during shift.  Acted as department's Less Lethal Coordinator.  Served as one of two primary instructors for department's Ethical Based Leadership training program and primary instructor in Tactical Decision Making for department's Training Academy.

**April 2003 - April 2004        Sergeant, Investigations - Robbery**

Assigned to Investigations Bureau, Major Crimes Unit. Provided supervision for 8-18 detectives who were responsible for investigating robberies, assaults and homicides. Served as the department's representative to Senate Bill 94 Oversight Committee. Developed and implemented TASER less lethal program for department. Assigned as Less Lethal Coordinator for the department, responsible for reviewing all use of force, with specific focus on less lethal options.

**January 2002 - April 2003          Sergeant, S.E.D. - Airport**

Assigned to Operations Support Bureau, Central Division, Airport Police Unit as Shift 2/3 supervisor.  Provided supervision for 13 officers.  Responsible for budget management and execution.  Worked collaboratively with airport management and Federal law enforcement agencies to insure proper implementation of new security mandates post 9/11.  Successfully increased unit manpower to meet growing needs of unit.  Authored two policies pertaining to specialty impact munitions and conducted energy weapons as a member of departmental committee on Less Lethal Force.

**January 2000 - December 2001    Sergeant, Patrol - Falcon**

Assigned to Patrol Bureau, Falcon Division.  Responsible for collaborative supervision of 20 police officers in delivering police services.  Performed traditional role of Watch Commander, responding to citizen complaints, manpower issues.  Coordinated Liquor Enforcement teams and supervised a federally funded liquor enforcement grant.  Functioned as a Field Training Sergeant providing supervision to FTOs and recruit officers.  Provided initial Active Shooter training to patrol officers prior to formalized in-service training.  Developed and utilized lesson plan on *Tactical Decision Making*.  Instructed this lesson plan at CSPD Training Academy.

**July 1999-December 1999          Sergeant, Patrol - Gold Hills**

Assigned to the Patrol Bureau, Gold Hills Division.  Responsible for collaborative supervision of 20 police officers in delivering police services. Performed traditional role of Watch Commander, responding to citizen complaints, manpower issues.  Functioned as Field Training Sergeant providing supervision to FTOs and recruit officers.  Assisted in providing training in tactics and O.C. spray as needed at the CSPD Training Academy.

**August – December 1999          Lead  Instructor  Mobile  Field  Force Training (Gold Hills Division)**

Provided crowd control/civil disturbance management training to 78 police officers, including the use of O.C., smoke, and chemical agents.

**January 1995 – July 1999          Tactical Enforcement Unit: S.E.D.**

Assigned to the SWAT team.  Responded to barricaded suspects; hostage rescue; VIP security; execution of high-risk warrants.  Primarily assigned to entry team.   Performed duties as team training officer, organizing and instructing the team on various topics.  Coordinated and instructed in the department's annual SWAT school.  Established team training fund from fees collected following CSPD sponsored SWAT School.  Trained over 100 officers in the use of O.C., chemical munitions, and special tactics.  Acted as team sergeant on several occasions in the absence of team supervisor.  Participated in over 400 successful SWAT operations to include hostage rescue, barricaded gunmen, high-risk warrant service, crowd control and civil disturbances.  Practical experience in the

deployment of O.C. and chemical agents on small and large-scale operations. Planned, coordinated and supervised VIP details for dignitaries.

### May 1993 - December 1994     Detective Bureau: Major Crimes

Assigned to the Major Crimes Unit.  Responsible for investigating homicides, sexual assaults and child abuse.  Reviewed and followed up criminal cases. Prepared and executed search/arrest warrants. Served as Acting Sergeant reviewing and assigning cases as needed. Acted as advisory witness to the D.A.'s office in major cases.  Served as a special grand jury investigator on several occasions.  Functioned as a member of the Colorado Child Death Review Committee.  Instructed medical and legal professionals in the detection of child abuse at a local and regional level.

### February 1987 - May 1993     Patrol Bureau

Assignments included: Sector Patrol, Nevada Avenue Detail, In-service Instructor, GangNet Officer, and Field Training Officer.

### April 1992     CSPD Training Academy

Training Academy Instructor.  Assigned to teach recruit officers first responder medical training.  Prepared and utilized lesson plans for training.

### April - June 1991     Temporary Duty Assignment

Theft/Auto Burglary Unit (T.A.B.U.)
Assignments included: follow-up on case reports, initiation of cases, search/arrest warrant preparation and execution, case filings, and surveillance.  Subjected to frequent call-outs.

---

## National Tactical Officers Association

### Adjunct Instructor:     January 2000 - Present

Instruct tactical officers in multiple types of training, to include basic and advanced SWAT, hostage rescue, high-risk warrant service and command supervision.  One of the primary instructors for the Command and Supervision class.

**Board of Directors:        January 2010 – Present**

Serve as Western Regional Director, and chairman of the board, representing the membership and their interests, as well as the BOD in official NTOA business. Acted as a tactical representative to the Department of Homeland Security and FEMA on a variety of SWAT related topics.

---

## Expert Witness Recognition and Testimony

*2013*

*Lisa Kilmer vs. City of Torrington et al*
Civil Action No. 12-CV-270-8, provided expert witness services on Use of Force, And Arrest control techniques. Written report.

*2010*

*Tricia Wachsmuth vs. City of Powell et al*
Civil Action No. 10-CV-041J, provided expert witness services on Use of Force, Warrant Service, training and distraction devices. Deposition and Trial testimony.

*2012*

*Campbell, Womack and Campbell-Ortega vs. Lewis, Simpson & City of     Lubbock*
Civil Action No. 5-11-CV-0016-C, provided expert witness services on Use of Force, Arrest control and non-lethal devices. Deposition testimony.

*2015*

*Tamara Davies vs. City of Lakewood, et al*
Civil Action No. 14-CV-02185-RBJ-BNB, provided expert witness services on the The Use of Force, Command Supervision, Training, and Policies and Procedures. Deposition testimony.

_____

## EDUCATION:

### University of Colorado, Denver
Master of Criminal Justice
Graduated 2000

### University of Colorado, Colorado Springs
Bachelor of Arts Degree: Major in Political Science
Graduated 1986

### Coronado High School, Colorado Springs
High School Diploma
Graduated 1980

## SPECIAL TRAINING:

### FBI National Academy, Quantico VA
Graduated 2009

### Bureau of Justice Intelligence Commanders Course
Completed 2011

### FBI Hazardous Devices School Bomb Commanders Course
Completed 2006

### Center for Creative Leadership-Leadership Development Program
Completed 2005

| | |
|---|---|
| N.T.O.A. SWAT Supervisor and Management Training | 240 |
| CONTOMS Paramedic/Tactical Training | 50 |
| Paramedic - Colorado State Certified | 1500 |
| Crowd Control Unit | 48 |
| S.W.A.T. Training | 2500 |
| N.T.O.A. Incident and Tactical Command Post Operations | 8 |
| N.T.O.A. Training Management and Risk Mitigation for SWAT | 16 |
| Street Gang Seminar | 40 |
| Field Training Officer | 48 |
| C.L.E.T.A.  Instructor – Certified | 80 |
| P.O.S.T.  Instructor – Certified | 80 |
| F.B.I.  Hostage Negotiator Course | 40 |

| | |
|---|---|
| I.A.C.P. Dignitary Protection | 40 |
| P.O.S.T. Firearms Instructor | 40 |
| Basic Instructor Less Lethal Munitions: | 40 |
| O.C., chemical agents, specialty impact munitions and distraction d | |
| Master Instructor Less Lethal Munitions | 40 |
| TASER Instructor | 40 |
| FBI Arrest Control Instructor | 80 |
| NIMS ICS Training (700,800,100.200,300,400) | 36 |
| FEMA Integrated Emergency Management Course | 32 |

───────────────────────────────────────────────

## AWARDS AND COMMENDATIONS:

Achievement Awards (2)
Written Commendations (11)
Commanders Commendations (4)
2007- NTOA John Kolman National Award for Excellence
2007- CSPD Distinguished Service Award
2003 - CSPD Patrol Bureau Leadership Award
1996 - CSPD Officer of the Month (August)
1996 – CSPD Life Saving Medal
1992 - CSPD Officer of the Month (July)
1992 - Northside Rotary Club Officer of the Month (November)
1992 - Northside Rotary Club Officer of the Year
1991 - CSPD Life Saving Medal
1989 - CSPD Life Saving Medal
1987 - CSPD Life Saving Medal

## Publications:

Manual- *SWAT Standards for Law Enforcement*, National Tactical Officers Association (NTOA), 2008, 2011 and 2015. NTOA website.