

K. Thor Eells
19875 Indian Summer Lane
Monument, CO  80132
Phone Number:  719-310-7664

FEE SCHEDULE

CASE REVIEW AND PREPARATION
    $175.00

> This basic hourly fee applies to all directed activities associated with case review, analysis, research, preparation, and production.  Included in this category are:
> Review of case documents or exhibits.
> Tactical debriefings or witness interviews.
> Meetings, report writing, or teleconferencing.
> Production of documents, exhibits, or displays.
> Site surveys, photography, or forensic analysis.

CASE PRESENTATION
    $225.00
(Deposition)

> This basic hourly fee applies to all depositions and is in compliance with the Federal and State rules governing "expert witnesses."  This hourly fee begins when my presence is required at the deposition location.  This fee is separate and distinct from other fees such as preparation, travel, lodgings, meals, etc.  These fees will be billed at cost.

DIRECTED TRAVEL
(At Cost)

> All travel related expenses, including transportation, insurance, lodging, and meals, will be billed at actual costs.  Costs of airfare may include insurance and/or messenger expenses associated with such purchases.  Travel time and non-activity days away from El Paso County, CO will be billed at a reduced hourly rate.  ($75.00 per hour for actual travel time from office to destination and return.  Non-activity days will be calculated as eight-hour days, or $600.00)

STATEMENT OF ACCOUNT

> **Retainers are required for all cases.  A set fee of $1500.00 must precede or accompany the case file**.  Itemized billings (Statement of Account) will be prepared and submitted on a periodic basis consistent with the activities of the account.  Payment is due upon receipt of a billing.  Late charges may be assessed on overdue accounts at a rate of 1.5% interest per month on the unpaid balance.