# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

*4:16 pm, 11/18/15*
**Stephan Harris**
**Clerk of Court**

JUAN PAUL FLORES

                Plaintiff,

vs.

GEORGE MENIG

                Defendant.

Case Number: 14-CV-184-S

Interpreter Needed: No

Setting or Resetting: Setting

Type of Case:

## CIVIL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

Place:
Joseph C. O'Mahoney Federal Center
2120 Capitol Avenue
Cheyenne, WY 82001-3657
Judge Rankin's Chambers

Before:
Kelly H. Rankin, Chief United States Magistrate Judge

Date and Time:
November 24, 2015 at 9:00 a.m.

Type of Proceeding:

HEARING ON MOTIONS FOR SANCTIONS (DOC. #30)

All parties may appear by telephone, with Plaintiff's counsel initiating the call, through a conference call operator, and connecting the Court at 307/433-2180.

Stephan Harris
Clerk of Court

Dated this 18th day of November, 2015.

Zachary Reid
Deputy Clerk

TO:
Counsel of Record
Court Reporter

WY35

Rev. 11/16/2015