Peter K. Michael
Attorney General

John D. Rossetti
Deputy Attorney General

Theodore R. Racines [Wyo. Bar No. 6-3603]
Senior Assistant Attorney General
Wyoming Attorney General's Office
123 State Capitol
Cheyenne, WY 82002
(307) 777-5996
(307) 777-8920 Facsimile
torey.racines@wyo.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| JUAN PAUL FLORES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Case No. 14-CV-184-S |
| vs. | ) | |
| | ) | |
| GEORGE MENIG, | ) | |
| | ) | |
| Defendant. | ) | |

## LISTING OF OTHER WITNESSES

**COMES NOW**, Theodore R. Racines, Attorney for Defendant George Menig and lists the following additional witnesses:

1. Lt. Todd Larson, Park County Sheriff's Office, 402 Riverview, Dr., Cody, WY 82414. Lieutenant Larson is a custodian of records for the Park County Jail and can authenticate records pertaining to the Plaintiff's incarceration at the Park County

Jail in 2010. Lt. Larson may also testify about his observations of Flores during his stays in the jail.

2. Detention Deputy Does 1 – 4. Park County Sheriff's Office, 402 Riverview, Dr., Cody, WY 82414. Detention Deputy Does 1 – 4 may have information pertaining to the Plaintiff's incarceration at the Park County Jail during 2010. These Deputies may testify able the Plaintiff's injuries, demeanor and statements. At this time, records have been requested from the Park County Sheriff's Office. Counsel will supplement this disclosure as additional information becomes available.

**DATED** this 19th day of November, 2015.

/s/ Theodore R. Racines
Theodore R. Racines
Senior Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed using the CM/ECF system on the 19th day of November 2015, and a copy was sent to the following individuals:

John H. Robinson, WSB # 6-2828      [✔] CM/ECF
JAMIESON & ROBINSON, LLC
185 W. Broadway, Ste. 101
P.O. Box 4285
Jackson, Wyoming  83001
robinsn@vcn.com

/s/ Heather Hunter
Office of the Wyoming Attorney General