# CIVIL MINUTE SHEET
# MOTION HEARING

☐ This minute sheet also contains a Minute Order

☑ Telephonic

Date: Nov 24, 2015  Case No. 14-CV-184-S

Time: 9:00 a.m. - 9:47 a.m.

JUAN PAUL FLORES    VS    GEORGE MENIG

| Kelly H. Rankin | Abby Logan | Jan Davis | Matthew Peterson |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    John Robinson, Terry Mackey

Attorney(s) for Defendant(s)   Tory Racines, Scott Colpitcke (city of Cody)

Witness(es) for Plaintiff(s)

Witness(es) for Defendant(s)

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Defendant | 30 | santions | Denied |

☐ Briefs to be filed on or before                by
                                                                  by

☑ Order to be prepared by   ☑ Court   ☐ Attorney

Other: