John H. Robinson, WSB # 6-2828
JAMIESON & ROBINSON, LLC
214 South Grant Street
Casper, Wyoming   82601
307.235.3575
307.577.9435 FAX
robinsn@vcn.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| JUAN PAUL FLORES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Case No. 14-CV-184-S |
| vs. | ) | |
| | ) | |
| GEORGE MENIG, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE
### UNDER TO FED. R. CIV. P. 41(a)(1)(A)(ii)

All parties, through their respective counsel, stipulate to dismissal of all of Plaintiff's claims against the Defendant, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) upon the grounds and for the reason that Plaintiff's claims against Defendant Menig have been compromised and settled to the satisfaction of the parties. All parties shall bear their own costs.

Respectfully submitted this 16th day of February, 2016.

*/s/* John H. Robinson
Attorney for Plaintiff

*/s/* Theodore R. Racines
Attorney for Defendant
