IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JUAN PAUL FLORES, )<br>)<br>    Plaintiff, )<br>) | |
| vs. ) | Civil Case No. 14-CV-184-S |
| )<br>GEORGE MENIG, )<br>)<br>    Defendant. ) | |

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE UNDER TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

**THE STIPULATION** of the parties having come before the court and the Court having considered the same, and being fully advised in the premises;

**IT IS HEREBY ORDERED** that the complaint filed in the above entitled matter together with all claims connected thereto, is dismissed with prejudice, with each party to bear their own costs and attorney's fees incurred herein.

**DATED** this ____ date of _____ 2016.

_____
UNITED STATES DISTRICT COURT JUDGE